FILED
MISSOULA, MT

2007 OCT 19 PM 4 08

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-48-M-DWM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALIK SZILLAT, | ) | |
| Defendant. | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on October 3, 2007. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Szillat's guilty

plea after Szillat appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to the charge of fraud in connection with identification documents and information, in violation of 18 U.S.C. § 1028(a)(7).

I find no clear error in Judge Lynch's Findings and Recommendation (dkt #23) and I adopt them in full.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to change plea (dkt #14) is GRANTED.

DATED this 9th day of October, 2007.

Donald W. Molloy, Chief Judge
United States District Court